FILED
2010 DEC 15 A 10: 26
RICHARD W.
CLERK

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2   Name  E LFAND        JONATHAN        C.

3   (Last)              (First)            (Initial)

4   Prisoner Number  10020505

5   Institutional Address M.A.D.F., 2777 Ventura Ave., Santa Rosa, CA. 95403

6

7   UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

8   JONATHAN CRAIG ELFAND

9   (Enter the full name of plaintiff in this action.)

    CV 10        5692

10              vs.                Case No. _____
                                   (To be provided by the Clerk of Court) (PR)

11  SONOMA COUNTY MEN's

12  ADULT DETENTION FACILITY          **COMPLAINT UNDER THE**
                                      **CIVIL RIGHTS ACT,**
                                      **Title 42 U.S.C § 1983**

13

14

    (Enter the full name of the defendant(s) in this action)

15

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.      Exhaustion of Administrative Remedies.

18          **[Note:** You must exhaust your administrative remedies before your claim can go

19          forward.  The court will dismiss any unexhausted claims.]

20          A.      Place of present confinement SONOMA COUNTY M.A.D.F

21          B.      Is there a grievance procedure in this institution?

22                      YES (X)      NO ( )

23          C.      Did you present the facts in your complaint for review through the grievance

24                  procedure?

25                      YES (X)      NO ( )

26          D.       If your answer is YES, list the appeal number and the date and result of the

27                  appeal at each level of review.  If you did not pursue a certain level of appeal,

28                  explain why.

COMPLAINT                          - 1 -

1. Informal appeal Grievance #: GM2009-1120-01F: 10/25/09 Officer stated request sent to Program Deputy and Deputy stated will be accomodated as soon as possible.

2. First formal level Grievance #: GM2009-1120-01F: 10/28/09 Program Officer was away from work causing a delay in supplying your Kosher foods, and the process is a problem.

3. Second formal level Grievance #: GM2009-1120-01F: 11/20/09 States inmate did not supply request as early as stated and staff it seems moved appropriately to supply meals.

4. Third formal level Grievance #: GM2009-1120-01F: 11/24/09 Inmate did not request timely and Program Officer was out of town at initial request and wasn't done until returned.

E.   Is the last level to which you appealed the highest level of appeal available to you?

YES (X)    NO ( )

F.   If you did not present your claim for review through the grievance procedure, explain why._____

_____

_____

II.   Parties.

A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

JONATHAN ELFAND: MEN'S ADULT DETENTION FACILITY, 2777 Ventura Ave., Santa Rosa, CA. 95403

_____

B.   Write the full name of each defendant, his or her official position, and his or her place of employment.

_____

COMPLAINT                    - 2 -

1  1) SONOMA COUNTY MEN'S ADULT DETENTION
2  FACILITY.
3
4
5  III.    Statement of Claim.
6          State here as briefly as possible the facts of your case.  Be sure to describe how each
7  defendant is involved and to include dates, when possible.  Do not give any legal arguments or
8  cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  The Sonoma County M.A.D.F 's policy that sets forth
11  the allowance and supply of Kosher meals for a
12  jewish inmate forces an inmate to go without food
13  or to eat non-Kosher foods in violation of his faith
14  by the time constraints needed to establish and prove
15  an inmate requires the diet. Also the institution does
16  not have policy set up to accomodate the supply of
17  Kosher foods if the Program Officer is not available to
18  approve the request. Because of this policy I was unable
19  to acquire Kosher foods for longer then the first month
20  of my incarceration and had to care for my health by
21  eating things not allowed under the Jewish faith.
22
23  IV.    Relief.
24          Your complaint cannot go forward unless you request specific relief.  State briefly exactly
25  what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.
26  As I requested from the Sonoma County M.A.D.F. I want
27  policy corrections put into effect so that this does not
28  happen again and monetary compensation for the violation

COMPLAINT                                    - 3 -

1   of my civil rights. I request the monetary
2   compensation be set at One Hundred thousand dollars
3   for the month plus of deprivation of Kosher meals.
4
5       I declare under penalty of perjury that the foregoing is true and correct.
6
7       Signed this ___1 ST___ day of __December__, 20 _10_
8
9       _____
10                          (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                              - 4 -

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

(b) County of Residence of First Listed Plaintiff **ELFAND, JONATHAN**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **SONOMA COUNTY M.A.D.F**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|                                | PTF | DEF |                                                        | PTF | DEF |
|--------------------------------|-----|-----|--------------------------------------------------------|-----|-----|
| Citizen of This State          | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State       | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                              | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☒ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **42 U.S.C. 1983**

Brief description of cause:
**Was denied access to kosher foods for over one month**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ **100,000.00**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE **12/1/2010**

SIGNATURE OF ATTORNEY OF RECORD  **pro-se**

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____