FILED
2010 DEC 15 A 10: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JONATHAN CRAIG ELFAND,

    Plaintiff,

vs.

SONOMA COUNTY MEN'S ADULT DETENTION FACILITY,

    Defendant.

CASE NO. CV 10 5692 WHA (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, JONATHAN ELFAND, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Began my own company: American Organic Health Food
5  DISTRIBUTOR - Business had not become profitable
6  before being incarcerated
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.     Business, Profession or                    Yes ___  No  X
10              self employment
11       b.     Income from stocks, bonds,                 Yes ___  No  X
12              or royalties?
13       c.     Rent payments?                             Yes ___  No  X
14       d.     Pensions, annuities, or                    Yes ___  No  X
15              life insurance payments?
16       e.     Federal or State welfare payments,         Yes ___  No  X
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                                Yes ___  No  X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.     a.     List amount you contribute to your spouse's support:$ _____

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

    _____

    _____

5.  Do you own or are you buying a home?   Yes ____ No _X_
    Estimated Market Value: $_____ Amount of Mortgage: $_____
6.  Do you own an automobile?   Yes ____ No _X_
    Make _____ Year _____ Model _____
    Is it financed? Yes ____ No ____ If so, Total due: $ _____
    Monthly Payment: $ _____
7.  Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
    Name(s) and address(es) of bank: _____
    _____
    Present balance(s): $ _____
    Do you own any cash? Yes ____ No _X_ Amount: $ _____
    Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____
    _____

8.  What are your monthly expenses?
    Rent: $ _Ø_____ Utilities: _Ø_____
    Food: $ _100.00_____ Clothing: _Ø_____
    Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _Ø_ | $ _____ |
| _____ | $ _Ø_ | $ _____ |
| _____ | $ _Ø_ | $ _____ |

1  9.   Do you have any other debts?  (List current obligations, indicating amounts and to
2  whom they are payable.  Do not include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  12/1/10                              _____
17    DATE                                SIGNATURE OF APPLICANT

Case Number: SCR-570451
SCR-570423

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Cruz-Ramos, Harry__ for the last six months [prisoner name] __Main Adult Detention Facility__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __120.00__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __15.00__.

Dated: 12/10/10

_Karen Stansbury_
[Authorized officer of the institution]
Sonoma County Jail

```
  Date     Receipt #     For              Amount     Balance   Remarks
==============================================================================
09/28/2009 A003479579  INTAKE
09/29/2009 A003479599  INTK BAG W
09/30/2009 A003480223                     200.00      200.00
09/30/2009 A003480381  WELFR PAID           2.00-     198.00
10/01/2009 A003480791  COMMISSARY          48.38-     149.62
10/01/2009 A003480791  PHONE CARD          40.00-     109.62
10/05/2009 A003482494  COMMISSARY          48.72-      60.90
10/05/2009 A003482494  PHONE CARD          40.00-      20.90
10/05/2009 A003482867                     100.00      120.90
10/08/2009 A003484003  COMMISSARY          27.68-      93.22
10/08/2009 A003484003  PHONE CARD          40.00-      53.22
10/10/2009 A003485055                     100.00      153.22
10/12/2009 A003486047  COMMISSARY          17.65-     135.57
10/12/2009 A003486047  PHONE CARD          40.00-      95.57
10/15/2009 A003487763  COMMISSARY          11.79-      83.78
10/15/2009 A003487763  PHONE CARD          40.00-      43.78
10/22/2009 A003490623  COMMISSARY           2.75-      41.03
10/22/2009 A003490623  PHONE CARD          40.00-       1.03
10/22/2009 A003491060                     100.00      101.03
10/26/2009 A003492533  COMMISSARY          20.08-      80.95
10/26/2009 A003492533  PHONE CARD          40.00-      40.95
10/28/2009 A003493516                     100.00      140.95
10/31/2009 A003494874                     100.00      240.95
11/02/2009 A003495651  COMMISSARY          26.07-     214.88
11/02/2009 A003495651  PHONE CARD          40.00-     174.88
11/05/2009 A003497077  COMMISSARY          14.51-     160.37
11/05/2009 A003497077  PHONE CARD          40.00-     120.37
11/09/2009 A003498952  PHONE CARD          40.00-      80.37
11/16/2009 A003501674  COMMISSARY           6.89-      73.48
11/19/2009 A003502971  COMMISSARY          12.43-      61.05
11/19/2009 A003503388                     100.00      161.05
11/23/2009 A003504749  COMMISSARY          18.42-     142.63
11/23/2009 A003504749  PHONE CARD          40.00-     102.63
11/27/2009 A003506193                     100.00      202.63
11/28/2009 A003506357                     100.00      302.63
11/30/2009 A003507108  COMMISSARY          13.51-     289.12
11/30/2009 A003507108  PHONE CARD          20.00-     269.12
12/03/2009 A003508521  COMMISSARY           1.08-     268.04
12/03/2009 A003508521  PHONE CARD          20.00-     248.04
12/04/2009 A003509284                      45.00-     203.04
12/08/2009 A003511069  MED CO-PAY           3.00-     200.04
12/10/2009 A003511854  COMMISSARY           9.33-     190.71
12/10/2009 A003511854  PHONE CARD          20.00-     170.71
12/14/2009 A003513540  COMMISSARY           3.90-     166.81
12/17/2009 A003514934  COMMISSARY          16.37-     150.44
12/17/2009 A003514934  PHONE CARD          40.00-     110.44
12/17/2009 A003515228                       6.24      116.68
12/21/2009 A003516765  COMMISSARY           1.80-     114.88
12/21/2009 A003516765  PHONE CARD          40.00-      74.88
```

```
 Date      Receipt #    For              Amount    Balance  Remarks
=====================================================================
12/28/2009 A003519479 COMMISSARY           8.80-     66.08
12/28/2009 A003519479 PHONE CARD          40.00-     26.08
01/01/2010 A003520864                     50.00      76.08
01/04/2010 A003522057 COMMISSARY          17.43-     58.65
01/07/2010 A003523258 COMMISSARY           7.35-     51.30
01/11/2010 A003525188 COMMISSARY          17.43-     33.87
01/14/2010 A003526576 COMMISSARY          10.44-     23.43
01/16/2010 A003527455                    100.00     123.43
01/19/2010 A003528312 COMMISSARY          16.06-    107.37
01/19/2010 A003528312 PHONE CARD          20.00-     87.37
01/25/2010 A003530585 COMMISSARY          24.72-     62.65
01/28/2010 A003531985 COMMISSARY          21.79-     40.86
02/01/2010 A003533559 COMMISSARY          15.50-     25.36
02/04/2010 A003535086 COMMISSARY          10.35-     15.01
02/06/2010 A003535964                     50.00      65.01
02/08/2010 A003536870 COMMISSARY          43.98-     21.03
02/08/2010 A003536870 PHONE CARD          20.00-      1.03
02/17/2010 A003539750 COMMISSARY            .83-       .20
02/17/2010 A003540087                     50.00      50.20
02/22/2010 A003541747 COMMISSARY          26.09-     24.11
02/25/2010 A003543251 COMMISSARY          19.96-      4.15
03/01/2010 A003544812 COMMISSARY           4.00-       .15
03/01/2010 A003545037                     50.00      50.15
03/04/2010 A003546251 COMMISSARY          41.43-      8.72
03/06/2010 A003547076                     50.00      58.72
03/08/2010 A003548023 COMMISSARY          11.62-     47.10
03/11/2010 A003549268 COMMISSARY          14.48-     32.62
03/15/2010 A003551011 COMMISSARY           9.12-     23.50
03/18/2010 A003552387 COMMISSARY          12.94-     10.56
03/22/2010 A003554135 COMMISSARY           3.25-      7.31
03/25/2010 A003555585 COMMISSARY           5.48-      1.83
03/29/2010 A003557148 COMMISSARY            .91-       .92
03/29/2010 A003557352                     50.00      50.92
04/01/2010 A003558314 COMMISSARY           2.91-     48.01
04/05/2010 A003560012 COMMISSARY           4.05-     43.96
04/08/2010 A003561426 COMMISSARY          10.08-     33.88
04/12/2010 A003562940 COMMISSARY           8.77-     25.11
04/15/2010 A003564313 COMMISSARY          11.74-     13.37
04/19/2010 A003565862 COMMISSARY           8.73-      4.64
04/22/2010 A003567403 COMMISSARY           4.43-       .21
04/22/2010 A003567527                     50.00      50.21
04/26/2010 A003568908 COMMISSARY          18.03-     32.18
04/29/2010 A003570281 COMMISSARY           6.61-     25.57
05/03/2010 A003571986 COMMISSARY           3.08-     22.49
05/06/2010 A003573313 COMMISSARY          14.76-      7.73
05/10/2010 A003574842 COMMISSARY           5.70-      2.03
05/13/2010 A003576214 COMMISSARY           1.97-       .06
05/18/2010 A003578366                     50.00      50.06
```

```
 Date      Receipt #   For           Amount    Balance   Remarks
==================================================================================
 05/20/2010 A003579198 COMMISSARY     21.00-    29.06
 05/24/2010 A003580612 COMMISSARY     15.92-    13.14
 05/27/2010 A003581920 COMMISSARY      7.51-     5.63
 06/01/2010 A003583675 COMMISSARY      5.06-      .57
 06/02/2010 A003584172                50.00     50.57
 06/07/2010 A003585887 COMMISSARY     22.44-    28.13
 06/10/2010 A003587365 COMMISSARY     14.20-    13.93
 06/14/2010 A003589076 COMMISSARY      1.09-    12.84
 06/14/2010 A003589225 MED CO-PAY      3.00-     9.84
 06/17/2010 A003590359 COMMISSARY      8.10-     1.74
 06/21/2010 A003591771 COMMISSARY       .38-     1.36
 06/23/2010 A003592654                50.00     51.36
 06/24/2010 A003593094 COMMISSARY     22.20-    29.16
 06/28/2010 A003594501 COMMISSARY     23.22-     5.94
 07/03/2010 A003596159                50.00     55.94
 07/06/2010 A003597050 COMMISSARY     13.05-    42.89
 07/12/2010 A003599241 COMMISSARY     14.20-    28.69
 07/15/2010 A003600602 COMMISSARY     18.16-    10.53
 07/19/2010 A003602179 COMMISSARY      1.94-     8.59
 07/21/2010 A003603127                50.00     58.59


              Calculated Balance:       58.59
                    AINM Balance:       58.59
```