IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN CRAIG ELFAND,

    Plaintiff,

v.

COUNTY OF SONOMA; WILLIAM COGBILL; STEVE FREITAS; OFFICER TANNEHILL,

    Defendant.

No. C 10-5692 WHA (PR)

**ORDER GRANTING EXTENSION OF TIME**

(Docket No. 35)

Good cause appearing, defendants' deadline for filing a motion for summary judgment to and including December 20, 2011, is **GRANTED**. All other provisions of the order filed on September 2, 2011, remain in effect.

**IT IS SO ORDERED.**

Dated: December  14 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\ELFAND5692.EOT.wpd