IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CRAIG ELFAND, | No. C 10-5692 WHA (PR) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| COUNTY OF SONOMA; WILLIAM COGBILL; STEVE FREITAS; OFFICER TANNEHILL, | (Docket No. 35) |
| Defendant. / | |

Good cause appearing, defendants' deadline for filing a motion for summary judgment to and including December 20, 2011, is **GRANTED**. All other provisions of the order filed on September 2, 2011, remain in effect.

**IT IS SO ORDERED.**

Dated: December  14 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\ELFAND5692.EOT.wpd