IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN CRAIG ELFAND,　　　　　　　　　No. C 10-5692 WHA (PR)

　　　　　Plaintiff,　　　　　　　　　　　　　　　**ORDER SCHEDULING REPLY BRIEF**

　v.

COUNTY OF SONOMA; WILLIAM COGBILL; STEVE FREITAS; OFFICER TANNEHILL,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　　/

　　　　Plaintiff's belated opposition to defendants' motion for summary judgment (docket number 49) is accepted as timely and will be considered. Defendants shall, within **14 days** of the date this order is filed, file a supplemental reply brief that responds to plaintiff's opposition.

　　　　**IT IS SO ORDERED.**

Dated: April __4__, 2012.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\ELFAND5692.EOT.wpd