IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CRAIG ELFAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SONOMA; WILLIAM COGBILL; STEVE FREITAS; OFFICER TANNEHILL,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 10-5692 WHA (PR)<br><br>**ORDER SCHEDULING REPLY BRIEF** |

Plaintiff's belated opposition to defendants' motion for summary judgment (docket number 49) is accepted as timely and will be considered. Defendants shall, within **14 days** of the date this order is filed, file a supplemental reply brief that responds to plaintiff's opposition.

**IT IS SO ORDERED.**

Dated: April __4__, 2012.

　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\ELFAND5692.EOT.wpd